UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 19−32777
Chapter 13

Sondra Denise Salter ,

    Debtor.

## ORDER CONFIRMING PLAN

The debtor's plan filed on December 3, 2019, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated December 26, 2019

William R. Sawyer
United States Bankruptcy Judge

```
United States Bankruptcy Court
Middle District of Alabama
```

In re:                                                                              Case No. 19-32777-WRS
Sondra Denise Salter                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 2     Date Rcvd: Dec 26, 2019
                      Form ID: van297a     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.

```
db            +Sondra Denise Salter,    589 Covered Bridge Parkway Apt. 108,    Prattville, AL 36066-7392
4303221       +AES/ESA,   PO Box 61047,    Harrisburg, PA 17106-1047
4325477        Ascendium Education Solutions and Affiliates,    PO Box 8961,    Madison, Wi 53708-8961
4303224        Chambless Math Carr P.C.,    Attn: Leonard N. Math, Esq.,    PO Box 230759,
                 Montgomery, AL 36123-0759
4303225       +Charter Communications,    Attn: Recoveries,    12238 Silicon Dr., Ste. 129,
                 San Antonio, TX 78249-3459
4303230        EyeCare Associates,    PO Box 207241,    Dallas, TX 75320-7241
4303233       +FMA Alliance, Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
4303232        First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
4303231        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4303235      ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
               (address filed with court:   Guardian Credit Union,     418 Madison Ave,    Montgomery, AL 36104)
4310812       +GUARDIAN CREDIT UNION,    C/O CHAMBLESS, MATH & CARR PC,    PO BOX 230759,
                 MONTGOMERY, AL 36123-0759
4303234       +Guardian Credit Union,    1028 Lagoon Business Loop,    Montgomery, AL 36117-8617
4303236        Health Services Inc.,    Attn# 19377E,    P.O. Box 14000,    Belfast, ME 04915-4033
4303237        IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
4303238        Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
4348798       +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
4303240       +Radius Global Solutions,    PO Box 390916,    Minneapolis, MN 55439-0911
4315284        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
4303243       +US Department of Education,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
4303244       +Zelda Court Dental Care, LLC,    3150 Zelda Court,    Montgomery, AL 36106-2607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4303222        E-mail/Text: kowens@americanfamilycare.com Dec 26 2019 21:33:46      American Family Care, Inc.,
                 PO Box 734315,    Dallas, TX 75373-4315
4303220       +E-mail/Text: bnc@advanceamerica.net Dec 26 2019 21:34:26      Advance America,
                 6533 Atlanta Hwy.,    Montgomery, AL 36117-4226
4315326       +E-mail/Text: bnc@advanceamerica.net Dec 26 2019 21:34:26
                 Advance America, Cash Advance Centers of AL, LLC,    135 North Church Street,
                 Spartanburg, SC 29306-5138
4303223       +E-mail/Text: bknotifications@americancarcenter.com Dec 26 2019 21:34:21      American Financial,
                 6400 Winchester Road,    Memphis, TN 38115-8117
4348002        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2019 21:36:50
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4303226        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 26 2019 21:34:09
                 Comenity Bank / Ashley Stewart,    Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
4303227        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 26 2019 21:34:10
                 Comenity Bank / Lane Bryant,    ATTN: Bankruptcy Dept,    PO Box 182125,
                 Columbus, OH 43218-2125
4303228        E-mail/PDF: creditonebknotifications@resurgent.com Dec 26 2019 21:37:58      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
4303229       +E-mail/Text: bkinfo@ccfi.com Dec 26 2019 21:34:16      Easy Money,    3101 Atlanta Highway,
                 Montgomery, AL 36109-3433
4303239       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2019 21:37:59      LVNV Funding LLC,
                 C/O Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
4313427       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2019 21:36:53      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4341134       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 26 2019 21:34:36      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4303241        E-mail/Text: newbk@Regions.com Dec 26 2019 21:34:35      Regions Bank,    Consumer Collections,
                 PO Box 11407 Drawer 550,    Birmingham, AL 35246-0100
4303242        E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2019 21:36:37      Synchrony Bank / Wal-Mart,
                 ATTN: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           GUARDIAN CREDIT UNION,    C/O CHAMBLESS MATH & CARR, PC,    PO BOX 230759,
                MONTGOMERY, AL  36123-0759
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com
         Michael Brock    on behalf of Debtor Sondra Denise Salter bankruptcy@brockandstoutlaw.com,
          bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com
         Michael A. Harrison    on behalf of Creditor    AF Title Co., dba American Financial
          mharrison@keygreer.com,
          bankruptcy@keygreer.com;john@tks-inc.com;honiejo@keygreer.com;lori@keygreer.com;lori@keygreer.com
         Sabrina L. McKinney    trustees_office@ch13mdal.com

TOTAL: 5