## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: SONDRA DENISE SALTER                  CASE NO: 19-32777-WRS
            589 COVERED BRIDGE PKWY APT 108
            PRATTVILLE, AL 36066

                     Debtor.

---

### INCOME WITHHOLDING ORDER

---

TO: ADP SOLUTIONS CENTER
     ATTN PAYROLL
     12400 HIGH BLUFF DR
     SAN DIEGO, CA 92130

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ADP SOLUTIONS CENTER withhold from the wages, earnings, or other income of this debtor the sum of **$32.00  WEEKLY** and remit all such funds withheld to:

> **CHAPTER 13 TRUSTEE**
> **19-32777-WRS SONDRA DENISE SALTER**
> **P O BOX 613108**
> **MEMPHIS TN  38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, February 16, 2021.

cc: Debtor                             */ s / William R. Sawyer*
     Debtor's Attorney                      William R. Sawyer
                                     United States Bankruptcy Judge