The relief described hereinbelow is SO ORDERED

Done this 26th day of August, 2021.

**William R. Sawyer**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

IN RE:

**SONDRA DENISE SALTER**  Case No.  19-32777

Debtor(s).

**Amended Order Granting Motion for Relief from Automatic Stay**

This matter having come before this Court for consideration of the Motion for Relief from Automatic Stay filed on behalf of Prestige Financial Services, Inc., "Prestige Financial" concerning a 2017 Nissan Rogue (the "Vehicle"), as well as insurance proceeds arising out of the Vehicle, that are being issued by State Farm Insurance Company. After consideration of the Motion and the representations of the Parties that Debtor(s) do not object to the granting of the Motion;

IT IS ORDERED that the Motion be and is hereby GRANTED. Prestige Financial has relief from the automatic stay to exercise any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the U.S. Code as to the Vehicle, and any insurance proceeds arising out of the Vehicle.

IT IS FURTHER ORDERED that State Farm Insurance Company may deliver the insurance proceeds arising out of the Vehicle directly to Prestige Financial.

###END OF ORDER###

Order Approved by:

/s/ Robert J. Fehse

_____
Robert J. Fehse (document preparer)
Attorney for Prestige Financial
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

/s/ Spencer Jones

_____
Spencer Jones
Attorney for Debtor(s)
PO Drawer 311167
Enterprise, AL 36331

/s/ Sabrina L. McKinney

_____
Sabrina L. McKinney
Trustee
P.O. Box 173
Montgomery, AL 36101

United States Bankruptcy Court

Middle District of Alabama

In re:                                                                    Case No. 19-32777-WRS

Sondra Denise Salter                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                            User: admin                                         Page 1 of 2

Date Rcvd: Aug 26, 2021                      Form ID: pdfSOME                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sondra Denise Salter, 589 Covered Bridge Parkway Apt. 108, Prattville, AL 36066-7392 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021                              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Brentwood Landing Apartments LTD LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor GUARDIAN CREDIT UNION noticesmd@chambless-math.com |
| Michael Brock | on behalf of Debtor Sondra Denise Salter bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |

Michael A. Harrison
    on behalf of Creditor AF Title Co. dba American Financial mharrison@keygreer.com, bankruptcy@keygreer.com;john@tks-inc.com;honiejo@keygreer.com;lori@keygreer.com;lori@keygreer.com

Robert J. Fehse, Jr.
    on behalf of Creditor Prestige Financial Services Inc. rfehse@evanspetree.com, crecord@evanspetree.com

Sabrina L. McKinney
    trustees_office@ch13mdal.com

TOTAL: 7